THE STATE OF OHIO, APPELLEE, v. COSME, APPELLANT.

[Cite as *State v. Cosme,* 117 Ohio St.3d 74, 2008-Ohio-500.]

(No. 2007–0958—Submitted January 9, 2008—Decided February 13, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Crager,* 116 Ohio St.3d 369, 2007-Ohio-6840, 879 N.E.2d 745.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Jon W. Oebker, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and David M. King, Assistant Public Defender, for appellant.